JOHN W. RIX, Respondent, *v.* NATHAN SIEGEL, Doing Business as WILLIAMSBURG KNITTING MILLS, Appellant.

(Argued January 19, 1933; decided February 28, 1933.)

*Leo C. Weiler* and *William E. Lowther* for appellant.

*Walter G. Evans, G. Everett Hunt* and *William G. Walsh* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.